PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00169-CDB |
| Plaintiff, | [Citation #E1929810, CA3F] |
| v. | |
| RAQUEL RUBALCAVAISLAS, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and

Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00169-

CDB [Citation #E1929810, CA3F] against RAQUEL RUBALCAVAISLAS, without prejudice, in the

interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 31, 2023                Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

                           By:   /s/ Chan Hee Chu
                                 CHAN HEE CHU
                                 Assistant United States Attorney

1

**O R D E R**

2

3      IT IS HEREBY ORDERED on the government's motion pursuant to Rule 48(a) of the Federal

4  Rules of Criminal Procedure that Case No. 5:23-po-00169-CDB [Citation #E1929810, CA3F] against

5  RAQUEL RUBALCAVAISLAS be dismissed, without prejudice, in the interest of justice.

6  IT IS SO ORDERED.

7      Dated:   **August 31, 2023**

8                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA v. Rubalcavaislas
Case No. 5:23-po-00169-CDB